IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 21-913 T

CAPSTONE ASSOCIATED SERVICES, Ltd.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order of September 26, 2026, (ECF 209), Plaintiff Capstone Associated Services, Ltd., and Defendant United States of America, respectfully submit this joint status report.

**Length of Trial**

The parties estimate that trial will take approximately 3 to 4 weeks.

**Trial Location**

*Plaintiff's Statement*: With respect to Plaintiff's witness locations, 11 of them will be present in Houston, Texas, two of them are located in Miami, Florida, and two of them are located in Dallas/Ft. Worth, Texas. Plaintiff understands that Defendant's fact witnesses are encompassed in Plaintiff's witnesses. Plaintiff believes it appropriate for the party's retained expert witnesses to travel to Houston, Texas. In sum, the Plaintiff anticipates needing the following trial days in each city: (i) Houston - 10; (ii) Dallas - 2; and (iii) Miami - 2. Plaintiff is requesting trial in these locations for these amounts of time because Plaintiff lacks the ability to

compel witness trial presence beyond certain distances provided by the Court's rules. In addition, the events at issue in this action occurred in and around Houston, Texas.

*Defendant's Statement*: The United States contends that the trial could be held solely in Washington, D.C. Defendant's understanding is that the fact witnesses to be called for live testimony are either party representatives, owners, or party-controlled witnesses. For any witness outside of those categories, the United States believes such testimony can be provided through deposition designations or by remote means. That being said, the United States is not opposed to trial being solely held in Houston.

**Witness Estimates**

Without binding either party prior to the formal exchange of witness lists, the parties state as follows: Plaintiff anticipates calling 15 live witnesses in total, consisting of nine fact witnesses and six expert witnesses (three of whom are retained). Plaintiff also contemplates having two additional witnesses testify through their respective deposition testimony, which will avoid travel to fourth and fifth cities. Defendant anticipates calling seven fact witnesses and four retained expert witnesses. Of the seven fact witnesses, Defendant believes that two are more appropriately called through deposition designation due to known medical issues. Of the remaining five, Defendant further believes that others could be appropriately called through designation or live remote testimony.

The parties note that these estimates do not include the may-call witness lists.

**Trial Start Date**

*Plaintiff's Statement*: The Plaintiff has determined that they will be ready to begin trial by August 24, 2027, due to other scheduled trials and international travel. First, Plaintiff's counsel has three trials (two of which are related) scheduled in the United States Tax Court set to begin

on November 30, 2026, which consist of Docket Numbers 14616-23, 14518-23, and 11246-25. Second, Plaintiff's counsel has three related trials set to begin in the United States Tax Court beginning on February 8, 2027, which consist of Docket Numbers 12528-25, 12530-25, and 12531-25. Third, Plaintiff's counsel has a federal criminal tax trial set to begin April 13, 2027, in the Central District of California, which bears a case number of 8:25-cr-00029-JVS. One or more of these trial dates may change but these are the current dates by which Plaintiff's counsel must abide. In addition, while Plaintiff's counsel cannot be sure as of the filing of this report, it appears that the trials set to begin November 30, 2026, will not proceed on that date. Finally, Mr. Stewart Feldman will be on international travel during the second half of May through the first half of June 2027. His participation in trial and trial preparation is most important to Plaintiff's trial presentation.

For these reasons, and due to Defendant's unavailability for portions of July and August, Plaintiff offers the following potential trial schedule which is consistent with the requirements of Appendix A:

| | |
|---|---|
| Meeting of Counsel (¶ 13) | May 28, 2027 |
| Joint Certification of Meeting of Counsel and Joint Statement of Good Faith (¶ 13(d)) | June 4, 2027 |
| Plaintiff's Memorandum of Contentions of Law and Fact, Witness List, and Exhibit List (¶ 14(a)) | June 11, 2027 |
| Defendant's Memorandum of Contentions of Law and Fact, Witness List, and Exhibit List (¶ 14(b)) | July 9, 2027 |
| Motions in Limine | June 18, 2027 |
| Responses to Motions in Limine | July 2, 2027 |
| Replies to Motions in Limine | July 9, 2027 |
| Joint Stipulations (¶ 17), Joint Exhibit List (¶ 18), Final Exhibit Lists, and objections to Opposing Party's Exhibit Lists | July 30, 2027 |
| Pretrial Conference | August 16, 2027 |
| Trial | August 23, 2027 |

Plaintiff anticipates filing multiple motions in limine regarding Defendant's experts and will endeavor to do so by February 1, 2027.

*Defendant's Statement*: Given the extended timeline of this case, the United States believes that it should proceed to trial as expeditiously as possible. To that end, the United States can be ready for trial by May 17, 2027. Due to pre-existing conflicts, the United States respectfully requests that the Court not schedule from July 19, 2027, through August 6, 2027.

Given the above parameters, the United States offers three potential trial schedules that comport with the requirements of Appendix A:

| | | | |
|---|---|---|---|
| Plaintiff's Proposed Pretrial Stipulations | December 24, 2026 | January 11, 2027 | January 19, 2027 |
| Defendant's Response to Pretrial Stipulations | January 8, 2027 | January 25, 2027 | February 2, 2027 |
| Exchange of Witness and Exhibit Lists, including proposed witnesses to appear by deposition designation | January 22, 2027 | February 8, 2027 | February 16, 2027 |
| Deposition Designations | February 5, 2027 | February 22, 2027 | March 2, 2027 |
| Objections to Witness and Exhibit Lists and counter-designations and objections | February 19, 2027 | March 8, 2027 | March 16, 2027 |
| Meeting of Counsel (¶ 13) | February 23, 2027 | March 10, 2027 | March 19, 2027 |
| Joint Certification of Meeting of Counsel (¶ 13(d)) | March 1, 2027 | March 16, 2027 | March 26, 2027 |
| Plaintiff's Memorandum of Contentions of Law and Fact, Witness List, and Exhibit List and Objections to Defendant's Exhibits (¶ 14(a)) | March 8, 2027 | March 23, 2027 | April 2, 2027 |
| Defendant's Memorandum of Contentions of Law and Fact, Witness List, and Exhibit List and Objections to Plaintiff's Exhibits (¶ 14(b)) | April 5, 2027 | April 20, 2027 | April 30, 2027 |
| Motions in Limine | March 15, 2027 | March 30, 2027 | April 9, 2027 |
| Responses to Motions in Limine | March 29, 2027 | April 13, 2027 | April 23, 2027 |
| Replies to Motions in Limine | April 5, 2027 | April 20, 2027 | April 30, 2027 |

| | | | |
|---|---|---|---|
| Joint Stipulations (¶ 17), Joint Exhibit List (¶ 18), Final Exhibits Lists, and objections to Opposing Party's Exhibit List | April 26, 2027 | May 11, 2027 | May 21, 2027 |
| Pretrial Conference | May 10, 2027 | May 25, 2027 | June 7, 2027 |
| Trial | May 17, 2027 | May 30, 2027 | June 14, 2027 |

Respectfully submitted,

Dated: October 16, 2026

*/s/ Chad D. Nardiello*

CHAD D. NARDIELLO
Attorney of Record
Nardiello Turanchik Tompkins LLP
1801 Century Park East, Suite 1050
Century City, CA 90067
(310) 201-0123 ext. 101
(310) 201-0126 (facsimile)
chad@nt-llp.com

BENJAMIN L. TOMPKINS
ANDREW T. PRIBE

Nardiello Turanchik Tompkins LLP

*Attorneys for Plaintiffs*

Dated: October 16, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Jason A. Bergmann*
Assistant Director

*/s/ Joseph A. Sergi*

JOSEPH A. SERGI
Attorney of Record
Senior Litigation Counsel
Tax Litigation Branch
Civil Division
Department of Justice
P.O. Box 26,

Washington, D.C. 20044
Telephone: (202) 305-0868
joseph.a.sergi@usdoj.gov

MARGARET E. SHEER
Senior Litigation Counsel
AMANDA J. CORNWELL
ANTHONY M. COGNASI
Trial Attorneys

*Attorneys for Defendant*